## Hodge, Appellant, *v.* Jamie Record Co.

Argued January 8, 1973. Before Jones, C. J., Eagen, O'Brien, Roberts, Pomeroy, Nix and Manderino, JJ.

*S. Jay Sklar,* with him *James E. Riely,* and *Speese & Kephart,* for appellant.

*Steve Angstreich,* with him *Barry E. Ungar,* and *Mann and Ungar,* for appellees.

Opinion Per Curiam, March 16, 1973:

Decree affirmed. Appellant to bear costs.